UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KENNETH PORTER,**

    Plaintiff,

v.     Case No: 8:23-cv-289-MSS-JSS

**THE BANK OF ORRICK,**

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Parties' Joint Stipulation for Dismissal with Prejudice, (Dkt. 21), and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. This case shall remain **CLOSED**.

**DONE and ORDERED** in Tampa, Florida this 8th day of August 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party